**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| ALDE-BINET TCHATCHOU,      * | |
|      * | |
|          Plaintiff,      * | |
| v.      * | Case No.: 8:18-cv-03396-PWG |
| INDIA GLOBALIZATION CAPITAL,      * | |
| INC., et al.      * | |
|          Defendants.      * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

| | |
|---|---|
| GABE HARRIS-CARR,      * | |
|          Plaintiff,      * | |
| v.      * | Case No.: 8:18-cv-03408-GJH |
| INDIA GLOBALIZATION CAPITAL,      * | |
| INC., et al.      * | |
|          Defendants.      * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion filed this same date, it is, this 28th day of February, 2019, hereby ORDERED that:

1. IGC Investor Group's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection of Counsel in *Tchatchou v. India Globalization Capital Inc.*, No. 18-3396-PWG (ECF No. 21) IS GRANTED;

2. All other pending motions for consolidation, appointment as lead plaintiff, and approval of counsel in *Tchatchou v. India Globalization Capital Inc.*, No. 18-3396-PWG (ECF Nos. 14-15, 17-18, 23) ARE DENIED; and

3. All pending motions in *Harris-Carr v. India Globalization Capital Inc.*, No. 18-3408-GJH (ECF Nos. 10, 11, 12, 14, and 15) ARE DENIED AS MOOT.

Paul W. Grimm
United States District Judge

2